John Russell, as President, etc., v. North River Savings Bank.— Application granted. Order signed. Present — Ingraham, P. J., Clarke, Scott Dowling and Hotchkiss, JJ.

William J. P. McCrystal, as Administrator, v. George E. Weller.— Application granted. Order signed. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Joseph Johnson v. George G. Ward.— Application denied, with ten dollars costs. Order signed. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

George Bockhaus v. Interborough Rapid Transit Company.— Motion denied, with ten dollars costs. Memorandum per curiam. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

The J. P. Kepner Company v. Howard E. Cady.— Application denied, with ten dollars costs. Order signed. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

James W. Gedney v. Hermanus R. Planten.— Application denied, with ten dollars costs. Order signed. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Henrietta Ginsberg, an Infant, etc., v. Triangle Waist Company.— Motion granted. Order to be settled on notice. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Isador Ginsberg v. Triangle Waist Company.— Motion granted. Order to be settled on notice. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

The People of the State of New York ex rel. The City of New York v. Alfred P. W. Seaman and Others.— Motion denied, with ten dollars costs. Order to be settled on notice. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Paul Orth and Others v. Max B. Kaesche and Others.— Motion granted. Order to be settled on notice. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

William B. Franklin and Others v. Joseph Leiter, Impleaded, etc.— Appellants' time to serve brief extended until August 1, 1915. Order to be settled on notice. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Michael Rosenthal and Others v. People's Collateral Pledge Society.— Application denied, with ten dollars costs. Order signed. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

William F. Weber v. Donnelly & Ricci, Incorporated.— Motion granted. Order to be settled on notice. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Riverdale Realty Company v. The City of New York and Others.— Motion denied, with ten dollars costs. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Baltimore and Ohio Railroad Company v. Benjamin Lowenstein.— Application granted. Order signed. Present - - Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.